**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00752-REB-MJW

DENNIS MARLOW,

    Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,
HUGH ALEXANDER , and
DOES A through K,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Motion To Disqualify Counsel For Defendant Hugh Alexander, With Points and Authorities** [#16] filed July 1, 2008. The motion is **STRICKEN** for violation of REB Civ. Practice Standard V.B.1.

    Dated: July 3, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.