IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00752-REB-MJW

DENNIS MARLOW,

Plaintiff(s),

v.

ALLIANZ LIFE INSURANCE COMPANY, et al.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that Plaintiff's Motion for Leave to Amend Complaint with Points and Authorities (docket no. 19) is GRANTED finding good cause shown pursuant to Fed. R. Civ. P. 15(a) and further finding no objection by defendants. The Amended Complaint is accepted for filing as of this date of this minute order.

      It is FURTHER ORDERED that Plaintiff's Amended Motion to Disqualify Counsel for Defendant Hugh Alexander, with Points and Authorities (docket no. 20) is DENIED WITHOUT PREJUDICE. At this early stage of the proceedings, no Rule 26(a)(1) disclosures have been made, no discovery has taken place, and defendants have not filed an Answer. This case is currently set for a Rule 16 Scheduling Conference before Magistrate Judge Watanabe on September 2, 2008, at 3:30 p.m. Defendant Alexander's counsel, Alan C. Friedberg, has not been disclosed in any Rule 26(a)(1) disclosure by any party, nor has he been formally endorsed by any party as a potential witness in this case. Since defendants have not filed an Answer, Plaintiff does not know what defendant Alexander will say about the extent of his investigation into matters which are the subject of the arbitration claims against Plaintiff by investors represented by counsel Friedberg or any other aspect of Plaintiff's prior activities. At this stage, Plaintiff has made an insufficient showing that defendant Alexander has disclosed, or is expected to disclose, any privileged information in violation of Plaintiff's attorney-client rights. Moreover, the imputed disqualification rule as discussed by Plaintiff does not apply to PFWH. See R.P.C. 3.7(b) and <u>Religious Technology Ctr. v. 6F.A.C.T. Net, Inc.</u>, 945 F. Supp. 1470 (D. Colo. 1996).

Date: July 21, 2008