IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00752-REB-MJW

DENNIS MARLOW,

      Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,
HUGH ALEXANDER,
AND DOES A THROUGH K,

      Defendants.

---

## ORDER GRANTING JOINT MOTION TO STAY
(Docket No. 34)

---

THIS MATTER, having come before the Court on the parties' Joint Motion to Stay Compliance with Fed. R. Civ. P. 26(a)(1) and 26(f) Until Resolution of Defendants' Pending Motions to Dismiss Plaintiff's Complaint, and the Court being fully advised in the premises, hereby ORDERS that the Joint Motion is GRANTED:

1. Plaintiff shall have until August 15, 2008, to file his Second Amended Complaint; And,

2. Defendants do not have to respond to the First Amended Complaint.

3. ~~Compliance with Rule 26(a)(1) and Rule 26(f) is stayed until the Court determines Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint.~~

3. Case Remains set For Rule 16 Scheduling Conference on September 2, 2008 @ 3:30 p.m.

08-CV-00752-REB-MJW

Dated: AUGUST 4TH, 2008

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

08-CV-00752-REB-MJW